People v Brownlow
2026 NY Slip Op 03819
June 17, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Dayvon Brownlow, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 17, 2026
2023-08047, (Ind. No. 1039/21)
Hector D. Lasalle, P.J.
Valerie Brathwaite Nelson
Barry E. Warhit
Elena Goldberg Velazquez, JJ.

Patricia Pazner, New York, NY (Anders Nelson of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, William H. Branigan, and Ariel Gootkin of counsel), for respondent.

[*1]
DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Queens County (Toni Cimino, J., at plea; Frances Y. Wang, J., at sentence), rendered June 5, 2023, convicting him of attempted murder in the second degree (two counts), reckless endangerment in the first degree, and criminal possession of a weapon in the second degree (two counts), upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Contrary to the defendant's contention, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
The defendant's contention that the duration of the orders of protection issued at the time of sentencing exceed the statutory maximum is unpreserved for appellate review, since the defendant did not raise this issue at sentencing or move to amend the orders of protection on this ground (see CPL 470.05[2]; People v Nieves, 2 NY3d 310, 315). In any event, the defendant's contention is without merit, as CPL 530.13(4)(A) authorizes the court to issue an order of protection with a duration of eight years from the date of the expiration of the maximum term of the determinate sentence of imprisonment actually imposed (see id. § 530.13[4][A][ii]).
LASALLE, P.J., BRATHWAITE NELSON, WARHIT and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court